Gilbert S. Hernandez
NV Bar No. 11153
Paula L. Zecchini (*pro hac vice* pending)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: (619) 234-1700
Facsimile: (619) 234-7831
Email: ghernandez@cozen.com
        pzecchini@cozen.com

Designation for Service Only:
Damon Schuetze
NV Bar No. 4047
Schuetze & McGaha
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106


Attorneys for Defendants
GODADDY INC. and GODADDY.COM, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEST HIRES L.L.C., a Nevada Limited-Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>GODADDY INC., a Delaware Corporation; GODADDY.COM, LLC, a Delaware Corporation; DOE Individuals I through X,<br><br>        Defendant. | Case No.: 2:18-cv-00148-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

Pursuant to LR IA 6-1(a), Plaintiff Best Hires L.L.C. ("Plaintiff") and Defendants GoDaddy Inc. and GoDaddy.com, LLC (collectively "GoDaddy"), by and through their respective counsel, hereby stipulate and agree to extend the time for GoDaddy to respond to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 6) (the "Motion"). Plaintiff filed the Motion on or about February 9, 2018, and served GoDaddy with its Complaint and the Motion on or about February 12, 2018. GoDaddy's Opposition to Plaintiff's Motion is presently due on February 26, 2018, and Plaintiff and GoDaddy hereby stipulate and agree to extend this deadline to March 5, 2018. In support of this request, Plaintiff and GoDaddy stipulate as follows:

1. On or about January 26, 2018, Plaintiff filed its Complaint (Dkt. No. 1) and Ex Parte Application for Temporary Restraining Order and Motion for Hearing on Preliminary Injunction (Dkt. No. 3).

2. On or about January 29, 2018, the Court issued an Order Denying Motions for Injunctive Relief Without Prejudice (Dkt. No. 5).

3. On or about February 9, 2018, Plaintiff filed the Motion.

4. On or about February 12, 2018, Plaintiff served GoDaddy with its Complaint and the Motion.

5. GoDaddy's Opposition to the Motion is presently due on February 26, 2018.

6. Counsel for GoDaddy and counsel for Plaintiff have been engaged in informal discussions in an attempt to resolve this dispute, and wish to continue those discussions.

7. Plaintiff and GoDaddy have agreed to extend the deadline for GoDaddy to respond to the Motion to March 5, 2018.

8. This stipulation is the parties' first request to extend the deadline for GoDaddy to respond to the Motion.

9. This stipulation is made in good faith, supported by good cause, and is not an attempt to delay any proceedings.

///

///

1

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that GoDaddy shall have until March 5, 2018 to respond to the Motion.

DATED this 23rd day of February, 2018     DATED this 23rd day of February, 2018

By: /s/ Gilbert S. Hernandez               By: /s/ Mitchell S. Bisson
    Gilbert S. Hernandez, Esq.                   Matthew Q. Callister, Esq.
    NV Bar No. 11153                             NV Bar No. 001396
    Paula L. Zecchini (*pro hac vice*             Mitchell S. Bisson, Esq.
    pending)                                     NV Bar No. 011920
    COZEN O'CONNOR                               CALLISTER & ASSOCIATES
    501 West Broadway, Suite 1610                330 East Charleston Blvd. Suite 100
    San Diego, CA 92101                          Las Vegas, Nevada 89104
    Telephone: (619) 234-1700                    Telephone: (702) 385-3343
    Facsimile: (619) 234-7831                    Facsimile: (702) 385-2899

*Attorneys for Defendants GoDaddy Inc.*      *Attorneys for Plaintiff Best Hires L.L.C.*
*and GoDaddy.com, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____2/23/2018_____