1  Gilbert S. Hernandez
   NV Bar No. 11153
2  Paula L. Zecchini (*pro hac vice* pending)
   COZEN O'CONNOR
3  501 West Broadway, Suite 1610
   San Diego, CA 92101
4  Telephone: (619) 234-1700
   Facsimile: (619) 234-7831
5  Email: ghernandez@cozen.com
           pzecchini@cozen.com
6
   Designation for Service Only:
7  Damon Schuetze
   NV Bar No. 4047
8  Schuetze & McGaha
   601 South Rancho Drive, Suite C-20
9  Las Vegas, NV 89106

10

   Attorneys for Defendants
11 GODADDY INC. and GODADDY.COM, LLC

12

13                  UNITED STATES DISTRICT COURT

14                      DISTRICT OF NEVADA

15

16 | BEST HIRES L.L.C., a Nevada Limited-Liability Company,     Case No.: 2:18-cv-00148-JAD-CWH

17                Plaintiff,                                    **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

18        v.

19 GODADDY INC., a Delaware Corporation;                        **(Second Request)**
   GODADDY.COM, LLC, a Delaware
20 Corporation; DOE Individuals I through X,

21                Defendant.

22

23

24

25

26

27

28

Pursuant to LR IA 6-1(a), Plaintiff Best Hires L.L.C. ("Plaintiff") and Defendants GoDaddy Inc. and GoDaddy.com, LLC (collectively "GoDaddy"), by and through their respective counsel, hereby stipulate and agree to extend the time for GoDaddy to respond to Plaintiff's Complaint (Dkt. No. 1) (the "Complaint"). Plaintiff filed the Complaint on or about January 26, 2018, and served GoDaddy with the Complaint on or about February 12, 2018. GoDaddy's deadline to respond to Plaintiff's Complaint is presently March 12, 2018, and Plaintiff and GoDaddy hereby stipulate and agree to extend this deadline to March 19, 2018. In support of this request, Plaintiff and GoDaddy stipulate as follows:

1. On or about January 26, 2018, Plaintiff filed the Complaint (Dkt. No. 1).

2. On or about February 12, 2018, Plaintiff served GoDaddy with the Complaint.

3. GoDaddy's initial deadline to respond to the Complaint was March 5, 2018.

4. On March 5, 2018, Plaintiff and GoDaddy jointly stipulated to a first extension of time for GoDaddy to respond to the Complaint to March 12, 2018 (Dkt. No. 25), as Counsel for GoDaddy and counsel for Plaintiff were engaged in informal discussions in an attempt to resolve this dispute.

5. Counsel for GoDaddy and counsel for Plaintiff have continued to engage in informal discussions in an attempt to resolve this dispute, and wish to continue those discussions.

6. Plaintiff and GoDaddy have agreed to extend the deadline for GoDaddy to respond to the Complaint to March 19, 2018.

7. This stipulation is the parties' second request to extend the deadline for GoDaddy to respond to the Complaint.

8. This stipulation is made in good faith, supported by good cause, and is not an attempt to delay any proceedings.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that GoDaddy shall have until March 19, 2018 to respond to the Complaint.

///

DATED this 12th day of March, 2018

By: /s/ Gilbert S. Hernandez
    Gilbert S. Hernandez, Esq.
    NV Bar No. 11153
    Paula L. Zecchini (*pro hac vice*
    pending)
    COZEN O'CONNOR
    501 West Broadway, Suite 1610
    San Diego, CA 92101
    Telephone: (619) 234-1700
    Facsimile: (619) 234-7831

*Attorneys for Defendants GoDaddy Inc. and GoDaddy.com, LLC*

DATED this 12th day of March, 2018

By: /s/ Mitchell S. Bisson
    Matthew Q. Callister, Esq.
    NV Bar No. 001396
    Mitchell S. Bisson, Esq.
    NV Bar No. 011920
    CALLISTER & ASSOCIATES
    330 East Charleston Blvd. Suite 100
    Las Vegas, Nevada 89104
    Telephone: (702) 385-3343
    Facsimile: (702) 385-2899

*Attorneys for Plaintiff Best Hires L.L.C.*

It is further ordered that the parties' prior stipulation to extend the deadline to answer (ECF No. 25) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: March 14, 2018

_____

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Nevada that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Q. Callister
Mitchell S. Bisson
Callister Law Group
330 East Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
(702) 385-3343
mqc@callcallister.com
mbisson@callister.com

Counsel for Plaintiff Best Hires L.L.C.

SIGNED AND DATED this 12th day of March, 2018 at San Diego, California.

COZEN O'CONNOR

By:  *s/ Nelia Ferreira*
       Nelia Ferreira